**Maria FERNANDEZ, Petitioner,**

v.

**the UNITED STATES PATENT AND TRADEMARK OFFICE,**
**Respondent.**

**No. 04–3343.**

United States Court of Appeals,
Federal Circuit.

May 12, 2005.

Before NEWMAN, BRYSON, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36